## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SHARON GOSHORN,** | : | **CIVIL ACTION NO. 1:08-CV-2238** |
| **Individually and the Administrator** | : | |
| **of the Estate of her daughter,** | : | **(Judge Conner)** |
| **deceased,** | : | |
| **Plaintiff** | : | |
| **v.** | : | |
| | : | |
| **PENNSYLVANIA CYTOLOGY** | : | |
| **SERVICES, DR. RICHARD L.** | : | |
| **MYEROWITZ, FAMILY HEALTH** | : | |
| **SERVICES OF SOUTH CENTRAL** | : | |
| **PENNSYLVANIA, INC., MICHAEL** | : | |
| **D. OCKER, NANCY DAY, R.N.,** | : | |
| **CATHY SHEDLE, R.N., LAURICE** | : | |
| **HEINE, M.D., THE CHAMBERSBURG** | : | |
| **HOSPITAL, SUMMIT HEALTH,** | : | |
| **MARGARET FLANNAGAN, M.D.,** | : | |
| **MICHAEL RUPP, M.D., ELLEN** | : | |
| **WRIGHT, C.T., KATHLEEN OWENS,** | : | |
| **C.T., KEYSTONE PATHOLOGY** | : | |
| **ASSOCIATES, INC., QUEST** | : | |
| **DIAGNOSTICS INCORPORATED,** | : | |
| **CYTO SPECIALTY LABORATORIES,** | : | |
| **and THE UNITED STATES OF** | : | |
| **AMERICA,** | : | |
| | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 5th day of February, 2010, upon consideration of the motion
(Doc. 80) to withdraw motion (Doc. 66) for summary judgment, filed by defendant
Laurice M. Heine, M.D., and upon further consideration of the motion (Doc. 81) to
withdraw motion (Doc. 71) for summary judgment, filed by defendants Margaret M.
Flanagan, M.D., Michael J. Rupp, M.D., and Keystone Pathology Associates, Inc., it
is hereby ORDERED that:

1.      The motions (Docs. 80, 81) are GRANTED.

2.      The motions (Docs. 66, 71) for summary judgment are WITHDRAWN and DENIED as MOOT.


                                      __S/ Christopher C. Conner__
                                        CHRISTOPHER C. CONNER
                                        United States District Judge