# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SHARON GOSHORN,** Individually and the Administrator of the Estate of her daughter, deceased,<br>**Plaintiff**<br>v.<br><br>**PENNSYLVANIA CYTOLOGY SERVICES, DR. RICHARD L. MYEROWITZ, FAMILY HEALTH SERVICES OF SOUTH CENTRAL PENNSYLVANIA, INC., MICHAEL D. OCKER, NANCY DAY, R.N., CATHY SHEDLE, R.N., LAURICE HEINE, M.D., THE CHAMBERSBURG HOSPITAL, SUMMIT HEALTH, MARGARET FLANNAGAN, M.D., MICHAEL RUPP, M.D., ELLEN WRIGHT, C.T., KATHLEEN OWENS, C.T., KEYSTONE PATHOLOGY ASSOCIATES, INC., QUEST DIAGNOSTICS INCORPORATED, CYTO SPECIALTY LABORATORIES,** and **THE UNITED STATES OF AMERICA,**<br>**Defendants** | CIVIL ACTION NO. 1:08-CV-2238<br><br>(Judge Conner) |

## **ORDER**

AND NOW, this 5th day of February, 2010, upon consideration of the motion (Doc. 80) to withdraw motion (Doc. 66) for summary judgment, filed by defendant Laurice M. Heine, M.D., and upon further consideration of the motion (Doc. 81) to withdraw motion (Doc. 71) for summary judgment, filed by defendants Margaret M. Flanagan, M.D., Michael J. Rupp, M.D., and Keystone Pathology Associates, Inc., it is hereby ORDERED that:

1. The motions (Docs. 80, 81) are GRANTED.

2. The motions (Docs. 66, 71) for summary judgment are WITHDRAWN and DENIED as MOOT.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge