**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **SHARON GOSHORN,** | : | **CIVIL ACTION NO. 1:08-CV-2238** |
| **Individually and the Administrator** | : | |
| **of the Estate of her daughter,** | : | **(Judge Conner)** |
| **deceased,** | : | |
| **Plaintiff** | : | |
| **v.** | : | |
| | : | |
| **PENNSYLVANIA CYTOLOGY** | : | |
| **SERVICES**, *et al.*, | : | |
| | : | |
| **Defendants** | : | |

## <u>ORDER</u>

AND NOW, this 10th day of March, 2010, upon consideration of the motion (Doc. 75) for summary judgment, filed by defendant Cathy Shadle, and upon further consideration of the orders of court (Docs. 83, 84) dated February 19, 2010 and February 23, 2010, directing any party who opposes the pending motion (Doc. 75) for summary judgment to file a brief in opposition on or before March 8, 2010, and indicating that failure to comply could result in the motion being deemed unopposed, <u>see</u> L.R. 7.6, and it appearing that, as of the date of this order, no parties have filed a brief in opposition, it is hereby ORDERED that:

1. The motion (Doc. 75) for summary judgment is DEEMED unopposed. <u>See</u> L.R. 7.6

2. The motion (Doc. 75) for summary judgment is GRANTED.  All claims of plaintiff against defendant Cathy Shadle, CRNP, and all cross-claims against defendant Cathy Shadle, CRNP, are DISMISSED.

 S/ Christopher C. Conner    
CHRISTOPHER C. CONNER
United States District Judge
